UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

CHARLES R. SELF, OREOLUWA SALAU,
JOYCE STENA, GLENN PETERKIN, and
PHYLLIS ANDERSON,

                 Plaintiff,

      v.

THE DEPARTMENT OF EDUCATION OF
THE CITY OF NEW YORK, and HENRY
RUBIO individually and as Principal of
Randolph High School, and
ROSALIE DAVID individually and
as Assistant Principal of Randolph
High School

                 Defendants.

--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

08 CIV 06743 (SHS)

## ORDER TO SHOW CAUSE

The Motion For a Preliminary Injunction and Incorporated Memorandum of Law, and supporting Declaration of Phyllis Anderson having been filed requesting the issuance of an order preliminary injunction directing defendant The Department of Education of the City of New York, to show cause why a preliminary injunction should not issue requiring said defendant to reinstate plaintiff, pending final disposition of the matter, it is hereby and good cause appearing therefore,

IT IS ORDERED that a copy of this Order, together with a copy of the Motion and Incorporated Memorandum of Law and declarations, shall be served upon Defendant the Department of Education of the City of New York, by serving its counsel on or before ___5___ (a.m. p.m) on the 12 day of August, 2008 by hand and that proof of such service shall be filed herein and;

1

**IT IS FURTHER ORDERED** that ~~if Respondent should file a response to the~~ answering papers shall be served and filed motion, ~~it shall file such response with the Clerk of this after service of a copy thereof upon plaintiff's counsel at his office at 9 Murray Street, Suite 4W, New York, N.Y. 10007 on or before~~ 5 (a./p.m.) p.m.) on the 21 day of August, 2008; reply papers, if any, due August 25.

~~IT IS FURTHER ORDERED that defendant New York City Department of Education appear~~ Oral argument shall take place before this Court at the United States Courthouse, Court Room 23A ~~500 Pearl Street, New York, New York~~ on the 5th day of ~~August,~~ September, 2008 at 10 in the (a.m. /p.m.), or as soon thereafter as counsel can be heard, and then and there show cause, if there be any, why, pending the final disposition of the matters involved herein, the plaintiff be reinstated as request in the motion.

Dated: New York, New York
August 8, 2008

_____
UNITED STATES DISTRICT COURT JUDGE

2