```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CHARLES R. SELF, *ET AL.*,                :       08 Civ. 6743 (SHS)

                      Plaintiffs,       :

      -against-                                  :       ORDER

DEPARTMENT OF EDUCATION OF THE     :
CITY OF NEW YORK, *ET AL.*,

                      Defendants.       :
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      Plaintiffs' attorney states in his August 15, 2008 letter (incorrectly dated June 15, 2008) that he received the order to show cause in this action on "Thursday, June 14, 2008." The Court will assume he means "August 14, 2008." Attached is the facsimile confirmation report showing that Mr. Karlin's fax machine received the order to show cause on August 8, 2008, at 10:14 a.m. Nonetheless,

      IT IS HEREBY ORDERED that:

      1.    Plaintiffs' time to serve the order to show cause and underlying papers is extended to August 22, at 5:00 p.m.

      2.    Defendants' response is due on or before September 5, 2008;

      3.    Any reply by plaintiffs is due on or before September 10, 2008; and

      4.    The argument on the motion for a preliminary injunction is adjourned to September 12, 2008, at 9:30 a.m.

Dated: New York, New York
       August 18, 2008

                                                    SO ORDERED:

                                                    Sidney H. Stein, U.S.D.J.

## ** Transmit Confirmation Report **

P.1                                                                Aug  8 2008 10:14am

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 912125719893 | Normal | 08,10:12am | 1'26" | 3 | * O K | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
New York, NY 10007-1312
(212) 805-0192

*Chambers of*
*Sidney H. Stein*
*U.S. District Judge*

### FAX COVER SHEET

Date: 8/8/08            Total no. of pages: 3
                        (including this cover sheet)

TO: Stewart Karlin            FAX NO.: 212-571-9893
    Isaac Klepfish                      212-788-0407

Counsel are reminded that this is an ECF case and should register according to ECF instructions so they can receive orders from the Court electronically.

Special Instructions (if checked please follow):

PLEASE NOTIFY ALL PARTIES OF THE ATTACHED _____
PLEASE FAX A COPY OF THE ATTACHED TO ALL PARTIES _____

If you have any problems with this transmission, please call Chambers at the above number.