STEWART LEE KARLIN, ESQ. (SK3720)
Attorney for Plaintiff
9 Murray Street, Suite 4W
New York, N.Y. 10007
Tel: (212) 732-9450
Fax: (212) 571-9893

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

CHARLES R. SELF , OREOLUWA SALAU,
JOYCE STENA, GLENN PETERKIN, and
PHYLLIS ANDERSON,

        Plaintiff,

  v.

THE DEPARTMENT OF EDUCATION OF
THE CITY OF NEW YORK, and HENRY
RUBIO individually and as Principal of
Randolph High School, and
ROSALIE DAVID individually and
as Assistant Principal of Randolph
High School

        Defendants.

-----------------------------------------------------------X

08 CIV 6743 (SHS)

## AFFIRMATION OF SERVICE

I hereby certify that I have personally delivered by hand to Isaac Klepfish, Asst. Corporation Counsel, at 100 Church Street, New York, New York 10007, the order, the order show cause, plaintiff's declaration and plaintiff's motion for a preliminary injunction and incorporated memorandum of law this 21st day of August, 2008.

                                                        **s/Jonathan Karlin**