USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLES R. SELF, et al.,

                         Plaintiffs,

       - against -

DEPARTMENT OF EDUCATION OF
THE CITY OF NEW YORK, et al.,

                         Defendants.

**ORDER**

08 Civ. 6743 (SHS) (RLE)

---

**RONALD L. ELLIS, United States Magistrate Judge:**

The Court having considered Plaintiffs' Motion to Amend the Complaint (Doc. No. 22, August 26, 2009), pursuant to Fed.R.Civ.P. 15(a) and without objection from Defendants,

**IT IS HEREBY ORDERED THAT:**

(1) Plaintiffs' Motion to Amend the Complaint is **Granted**;

(2) The amended complaint **SHALL** be deemed served and filed on **August 26, 2006**;

(3) The Defendants **SHALL** file their answer by **November 16, 2009.**

**SO ORDERED this 27th day of October 2009**
New York, New York

                                                               The Honorable Ronald L. Ellis
                                                               United States Magistrate Judge